```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
United States of America            :
                                    :    22 ___ CR 352 ___ (JSR)
                                    :
          -against-                 :         ORDER
                                    :
                                    :
Damon Dore                          :
                                    :
                Defendant           :
------------------------------------x
```

ORDERED, that the defendant is hereby remanded to the custody of the United States Marshal.

_____
United States District Judge

Dated: New York, New York   3-16-23