# BRADLEY LAW FIRM
A PROFESSIONAL CORPORATION

MICHAEL D. BRADLEY
ATTORNEY AND COUNSELOR AT LAW

2 PARK AVENUE, 20TH FLOOR
NEW YORK, NY 10016
(212) 235-2089
FAX: (212) 878-8819
MBRADLEY@BRADLEYLAWFIRMPC.COM

August 3, 2023

**BY ECF**
The Honorable Jed S. Rakoff
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:  *US v. Damon Dore,* **22 Cr. 352 (JSR)**

Dear Judge Rakoff:

  Attached, please find letters of support (Exhibits B – F) on behalf of Damon Dore.

           Respectfully Submitted,


           Michael D. Bradley
           Attorney for Damon Dore